**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  21-60944-CIV-SMITH**

VALERIE GREENFELD,

     Plaintiff,

v.

SQUIDVISION CORP, *et al*.,

     Defendants.

                                 /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court on Plaintiff's Motion for Final Default Judgment and upon the Report and Recommendation (the "Report") of Judge Hunt [DE 217].  In his thorough and well-reasoned Report, Judge Hunt recommends that Plaintiff's Motion for Final Default Judgment be denied.  Plaintiff filed objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Hunt's Report, Petitioner's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Hunt's well-reasoned analysis and his recommendation that the Motion for Final Default Judgment be denied. As Judge Hunt correctly articulated in the Report, "Plaintiff has so far failed to provide the evidence, context, and argument necessary for this Court to enter a default judgment in her favor." (DE 217 at 3.) Given

that Plaintiff has received multiple opportunities to file a proper motion and to date has failed to do so, the Court determines that furtherment amendment would be futile.

Accordingly, it is

**ORDERED** that:

1)      The Report and Recommendation [DE 217] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)      Plaintiff's Motion for Final Default Judgment [DE 212] is **DENIED**.

3)      All pending motions are **DENIED as MOOT**.

4)      This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of July, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record